SEALED

# United States District Court

_____NORTHERN_____ DISTRICT OF _____TEXAS_____

In the Matter of the Seizure of

All funds contained in and deposited into Account #XXXXXXXX5218 in the name of KHI Medical Solutions Inc. at Bank of America, NA, for a period of fourteen (14) calendar days from the time of service of this warrant.

## SEIZURE WARRANT

CASE NUMBER: 3:15-MJ-168 BK

**To: Chris Woolbright, Special Agent, Drug Enforcement Administration, and any Authorized Officer of the United States**

**Affidavit(s) having been made before me by Special Agent Chris Woolbright who has reason to believe that in the Northern District of Texas or elsewhere in the United States there is now certain property which is subject to forfeiture to the United States, namely:**

All funds contained in and deposited into Account #XXXXXXXX5218 in the name of KHI Medical Solutions Inc. at Bank of America, NA, for a period of fourteen (14) calendar days from the time of service of this warrant.

**I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property described is subject to seizure and that grounds exist for the issuance of this seizure warrant pursuant to 18 U.S.C. § 981(b).**

**YOU ARE HEREBY COMMANDED to seize within 14 days the property specified by serving this warrant and making the seizure in the daytime (6:00 A.M. to 10:00 P.M.), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to Renée Harris Toliver, United States Magistrate Judge, as required by law.**

March 16, 2015 at 1:20 p.m
Date and Time Issued

at   Dallas, Texas
City and State

Renée Harris Toliver
United States Magistrate Judge

Signature of Judicial Officer