SEAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

MAR 16 2015

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN RE SEIZURE OF

ALL FUNDS IN ACCOUNT ENDING IN
#5128 IN NAME OF KHI MEDICAL
SOLUTIONS INC. AT BANK OF
AMERICA, NA

**UNDER SEAL**

MISC No.   3:15- MJ- 168  BK

## MOTION TO SEAL

The United States of America respectfully moves this Honorable Court to seal the

search warrant, application, affidavit, and this motion filed in this matter on March 16,

2015, and any order resulting from this motion to seal because disclosure of the

investigation at this time would jeopardize an ongoing investigation.

Respectfully submitted,

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

_Mary F. Walters_

MARY F. WALTERS
Assistant United States Attorney
Texas Bar No. 24003138
1100 Commerce Street, Third Floor
Dallas, Texas 75242
Telephone: 214.659.8685
Facsimile: 214.659.8803

**Motion to Seal - Solo Page**