**SEALED**

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

MAR 16 2015

CLERK, U.S. DISTRICT COURT
By _____
Deputy

| | |
|---|---|
| IN RE SEIZURE OF | **UNDER SEAL** |
| ALL FUNDS IN ACCOUNT ENDING IN #5128 IN NAME OF KHI MEDICAL SOLUTIONS INC. AT BANK OF AMERICA, NA | MISC No. 3:15- MJ- 168 BK |

## ORDER TO SEAL

Before the Court is the United States of America's motion for an order sealing the search warrant, application, affidavit, and motion to seal filed in this matter on March 16, 2015, as well as this order.    The Court believes the Motion has merit and agrees that disclosure of the execution of the warrant at this time would adversely affect the investigation;

IT IS THEREFORE ORDERED that the above-identified documents be sealed.

DATED this _____ day of March 2015.

RENEE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE
NORTHERN DISTRICT OF TEXAS