SEALED

# United States District Court

CLERK US DISTRICT COURT
NORTHERN DIST. OF TX
FILED

2015 APR -1 PM 1: 52

By
_____ Deputy

DEPUTY CLERK

_____**NORTHERN**_____ **DISTRICT OF** _____**TEXAS**_____

In the Matter of the Seizure of

## SEIZURE WARRANT

All funds contained in and deposited into
Account #XXXXXXXX5218 in the name of
KHI Medical Solutions Inc. at Bank of
America, NA, for a period of fourteen (14)
calendar days from the time of service of this
warrant.

**CASE NUMBER:** 3:15-MJ-168 BK

**To: Chris Woolbright, Special Agent, Drug Enforcement Administration, and any Authorized Officer of the United States**

**Affidavit(s) having been made before me by Special Agent Chris Woolbright who has reason to believe that in the Northern District of Texas or elsewhere in the United States there is now certain property which is subject to forfeiture to the United States, namely:**

ll funds contained in and deposited into Account #XXXXXXXX5218 in the name of KHI Medical Solutions Inc. at Bank of America, NA, for a period of fourteen (14) calendar days from the time of service of this warrant.

**I am satisfied that the affidavit(s) and any recorded testimony establish probable cause to believe that the property described is subject to seizure and that grounds exist for the issuance of this seizure warrant pursuant to 18 U.S.C. § 981(b).**

**YOU ARE HEREBY COMMANDED to seize within 14 days the property specified by serving this warrant and making the seizure in the daytime (6:00 A.M. to 10:00 P.M.), leaving a copy of this warrant and receipt for the property seized, and prepare a written inventory of the property seized and promptly return this warrant to Renée Harris Toliver, United States Magistrate Judge, as required by law.**

March 16, 2015 at 1:20 p.m
**Date and Time Issued**

at   **Dallas, Texas**
**City and State**

**Renée Harris Toliver**
**United States Magistrate Judge**

**Signature of Judicial Officer**

## RETURN

| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
|---|---|---|
| 3/17/15 | 3/17/15  11:00 AM | ADAM MORALES, BANK MNGR |

INVENTORY MADE IN THE PRESENCE OF

SPECIAL AGENT JONATHAN FAIRBANKS

INVENTORY OF PROPERTY SEIZED PURSUANT TO THE WARRANT

CASHIER'S CHECK No. 9495833619
DATED 3/19/2015
FROM BANK OF AMERICA
PAY TO ORDER OF US MARSHAL SERVICE
AMOUNT $ 954.70

## CERTIFICATION

I Swear that this inventory is a true and detailed account of the property seized by me on the warrant.

Date: 4/1/15

Executing Officer's Signature

Subscribed, sworn to, and returned before me this date.

United States Magistrate Judge

Cartroom Deputy for

Date 4/1/2015

# Bank of America

## Cashier's Check

No. 9495833619

Void Over 90 Days

Bank Of America, N.A.
San Antonio, Texas

National Legal Order Processing U031715000050
ONA7225

Void Over: $954.70

BANK OF

**$954.70**

DOLLAR NINE   FIVE   FOUR   PER   SEVEN, ZERO

DATE

3/19/2015 8:58:41 AM

*********$954.70

AMERICA

PAY

To The
Order Of          US Marshal Service

Remitter:    KHI Medical Solutions Inc.

Two signatures required over $500,000.00

⑈9495833619⑈ ⑆114000019⑇ 0016410049691⑈

■ THE ORIGINAL DOCUMENT HAS A REFLECTIVE WATERMARK ON THE BACK. ■    HOLD AT AN ANGLE TO VIEW WHEN CHECKING THE ENDORSEMENTS.