

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
**FILED**

JUL - 6 2015

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE<br>SEARCH WARRANTS,<br>SEIZURE WARRANTS, AND<br>ADMINISTRATIVE INSPECTION<br>WARRANTS | **UNDER SEAL**<br><br>Case Nos.<br>3:13-MJ-864<br>3:13-MJ-865<br>3:13-MJ-866<br>3:13-MJ-867<br>3:13-MJ-868<br>3:14-MJ-062<br>3:14-MJ-063<br>3:14-MJ-064<br>3:14-MJ-065<br>3:14-MJ-066<br>3:14-MJ-336<br>3:14-MJ-461<br>3:14-MJ-462<br>3:15-MJ-167<br>3:15-MJ-168<br>3:15-MJ-169<br>3:15-MJ-170<br>3:15-MJ-171<br>3:15-MJ-172<br>3:15-MJ-174<br>3:15-MJ-175<br>3:15-MJ-176<br>3:15-MJ-418<br>3:15-MJ-419<br>3:15-MJ-420<br>3:15-MJ-421 |

## EX PARTE MOTION TO UNSEAL

The United States of America respectfully moves this Court for an order unsealing

all documents in each of the above-captioned matters.   All of the warrants have been

In re Search, Seizure, and Administrative Warrants
Govt's Ex Parte Motion to Unseal – Page 1

executed, and there is no longer an ongoing need to maintain these applications, affidavits in support of the applications, warrants, orders, and related documents under seal.   The government therefore respectfully requests that this Court issue an order unsealing all documents filed in each of the above-identified matters.

Respectfully submitted,

JOHN R. PARKER
ACTING UNITED STATES ATTORNEY

_Mary F. Walters_

Mary F. Walters
Assistant United States Attorney
Texas State Bar No. 24003138
1100 Commerce Street, Third Floor
Dallas, Texas   75242-1699
Telephone:   214.659.8600
Facsimile:   214.659.8803
Email:   mary.walters@usdoj.gov

In re Search, Seizure, and Administrative Warrants
Govt's Ex Parte Motion to Unseal – Page 2