U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JUL - 6 2015

CLERK, U.S. DISTRICT COURT
By _____
Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| IN RE<br>SEARCH WARRANTS,<br>SEIZURE WARRANTS, AND<br>ADMINISTRATIVE INSPECTION<br>WARRANTS | Case Nos.<br>3:13-MJ-864<br>3:13-MJ-865<br>3:13-MJ-866<br>3:13-MJ-867<br>3:13-MJ-868<br>3:14-MJ-062<br>3:14-MJ-063<br>3:14-MJ-064<br>3:14-MJ-065<br>3:14-MJ-066<br>3:14-MJ-336<br>3:14-MJ-461<br>3:14-MJ-462<br>3:15-MJ-167<br>3:15-MJ-168<br>3:15-MJ-169<br>3:15-MJ-170<br>3:15-MJ-171<br>3:15-MJ-172<br>3:15-MJ-174<br>3:15-MJ-175<br>3:15-MJ-176<br>3:15-MJ-418<br>3:15-MJ-419<br>3:15-MJ-420<br>3:15-MJ-421 |

## ORDER

The United States has moved to unseal all documents in each of the

above-captioned cases.   The government states that the warrants have been executed and

there is no longer a need to maintain the documents under seal.   Upon consideration of the

In re Search, Seizure, and Administrative Warrants
Order – Page 1

motion and for good cause shown, the Court grants the government's motion.   The Court

therefore orders that each of the above-identified cases, including all documents in each

case, be unsealed.

SIGNED this _____6th_____ day of ____July____, 2015.

RENÉE HARRIS TOLIVER
UNITED STATES MAGISTRATE JUDGE

In re Search, Seizure, and Administrative Warrants
Order – Page 2